1  Linda M. Lawson (Bar No. 77130)
   Simon Manoucherian (Bar No. 198760)
2  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
3  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
4  Facsimile: (213) 625-1930

5  Attorneys for Defendant
   FORTIS BENEFITS INSURANCE COMPANY
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN JOSE DIVISION   *E-FILED - 8/2/05*

11 JONI GOLD,                    ) Case No. CV04-04134 RMW EAI
                                 )
12            Plaintiff,          ) STIPULATION FOR DISMISSAL OF
                                 ) ACTION WITH PREJUDICE; ORDER
13     vs.                       )
                                 ) Complaint Filed: September 29, 2004
14 FORTIS BENEFITS INSURANCE     )
15 COMPANY, a corporation,       )
                                 )
16            Defendant.          )
                                 )
17

18      IT IS HEREBY STIPULATED by and between Plaintiff JONI GOLD and
19 Defendant FORTIS BENEFITS INSURANCE COMPANY, by and through their
20 respective attorneys of record, that the parties agree to dismiss this action in its
21 entirety, with prejudice as to all defendants, pursuant to Federal Rules of Civil
22 Procedure, Rule 41(a). Each party shall bear its own attorneys' fees and costs in this
23 matter.
24 ////
25 ////
26 ////
27 ////
28 ////

1  The parties seek the Court's approval of dismissal of this action with
2  prejudice.
3      IT IS SO STIPULATED.
4
5  DATED: June 15, 2005            LINDA M. LAWSON
                                    SIMON MANOUCHERIAN
6                                      MESERVE, MUMPER & HUGHES LLP
7
8                                      By: _____
9                                      Simon Manoucherian
                                    Attorneys for Defendant
10                                     FORTIS BENEFITS INSURANCE
                                    COMPANY
11 DATED: May 13, 2005            ROBERT H. BOHN
                                    BOHN & BOHN LLP
12
13                                     By: _____
14                                     Robert H. Bohn
                                    Attorneys for Plaintiff
15                                     JONI GOLD
16
17 ## ORDER
18 Based upon the stipulation of the parties and for good cause shown,
19 **IT IS HEREBY ORDERED** that this action, Case No. CV04-04134 RMW
20 EAI, is dismissed in its entirety as to all defendants, with prejudice; and
21 **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own
22 attorneys' fees and costs in this matter.
23
24 DATED: 8/2/05                        /S/ RONALD M. WHYTE
                                    HON. RONALD M. WHYTE, JUDGE
25                                     UNITED STATES DISTRICT COURT
26
27
28